# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Ford, Mark E. | **2. Court or Organization**<br><br>WDAR | **3. Date of Report**<br><br>04/27/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>magistrate judge full-time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Isaac C. Parker Federal Building
30 South 6th Street, Room 234
Fort Smith, AR 72901-2422

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 08/31/2014 | Withdrawal Agreement between Ford and Robertson, Beasley & Ford, PLLC. Ford to receive 60% of fees received for work done by Ford as a member of RBF. |
| 2. 12/30/2014 | Agreement between Ford and former members of RBF. Ford to receive 60% of fees received for work done by Ford as a member of RBF and its successor, RBSR. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Robertson, Beasley, Shipley & Robinson, PLLC - payments for fees earned before 12/31/14 | $285.00 |
| 2. | 2019 | Alisa Morris - payments for fees earned before 12/31/14 | $300.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Arvest Bank - Accounts | A | Interest | M | T | | | | | |
| 2.   Arvest Asset Management: JT TEN Fundsource Brokerage Account (H) | | | | | | | | | |
| 3.   - Wells Fargo 100% Treasury Money Market (Y) | | | | | | | | | |
| 4.   - Federated US Treasury Instl Sh (X) | A | Interest | J | T | | | | | |
| 5.   - Edgewood Growth Fund Instl Class | A | Distribution | J | T | | | | | |
| 6.   - Washington Mutual Investors Fund Class F-2 (name change only) | A | Dividend | J | T | | | | | |
| 7. | A | Distribution | | | | | | | |
| 8.   - Baird Aggregate Bond Fund Instl Class | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 9.   - Baron Small-Cap Fund Institutional Class (name change only) | A | Distribution | J | T | | | | | |
| 10.   - DWS Enhanced Commodity Strategy Fund Inst | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 11.   - Eaton Vance Income Fund of Boston Institutional (name change only) | A | Dividend | J | T | | | | | |
| 12.   - Goldman Sachs TR FINL Square TREAS INSTRS FD INSTL CL | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 13.   - Harbor Capital Appreciation Fund (name change only) | A | Dividend | J | T | | | | | |
| 14. | A | Distribution | | | | | | | |
| 15.   - Janus Henderson Funds Flexible BD FD Class I | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 16.   - Lazard Emerging Markets Portfolio (Instl Cl) (name change only) | A | Dividend | J | T | | | | | |
| 17.   - MFS SER TR I Value FD CL I | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | A | Distribution | | | | | | | |
| 19. - MFS Emerging Market Debt Fund Class I (name change only) | A | Dividend | J | T | | | | | |
| 20. - EuroPacific Growth Fund Class F-2 (name change only) | A | Dividend | J | T | | | | | |
| 21. | A | Distribution | | | | | | | |
| 22. - Invesco Oppenheimer INTL GRWTH FD CL Y SHS (name change only) | A | Dividend | J | T | | | | | |
| 23. - Principal Global Real Estate Sec Fund Instl Cl (name change only) | A | Dividend | J | T | | | | | |
| 24. | A | Distribution | | | | | | | |
| 25. - Virtis Vontobel Emerging Mkts Opprtnties FD CL I | A | Dividend | J | T | | | | | |
| 26. | A | Distribution | | | | | | | |
| 27. - Virtus Ceredex Mid Cap Value Equity Fund CL I (name change only) | A | Dividend | J | T | | | | | |
| 28. | A | Distribution | | | | | | | |
| 29. - T Rowe Price Mid-Cap Growth (name change only) | A | Dividend | J | T | | | | | |
| 30. | A | Distribution | | | | | | | |
| 31. - T Rowe Price Real Estate (name change only) | A | Dividend | J | T | | | | | |
| 32. | A | Distribution | | | | | | | |
| 33. - T Rowe Price Overseas Stock Fund (name change only) | A | Dividend | J | T | | | | | |
| 34. | A | Distribution | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | | | | | |
| 36. | A | Distribution | | | | | | | |
| 37. Arvest Asset Management: SEP IRA Brokerage Account (H) | | | | | | | | | |
| 38. - Wells Fargo 100% Treasury Money Market (Y) | | | | | | | | | |
| 39. - Federated US Treasury Instl Sh (X) | A | Interest | J | T | | | | | |
| 40. - Edgewood Growth Fund Instl Class | A | Dividend | J | T | | | | | |
| 41. | A | Distribution | | | | | | | |
| 42. - Washington Mutual Investors Fund Class F-2 (name change only) | A | Dividend | J | T | | | | | |
| 43. | A | Distribution | | | | | | | |
| 44. - Baird Aggregate Bond Fund Instl Class | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 45. - Baron Small-Cap Fund Institutional Class (name change only) | A | Distribution | J | T | | | | | |
| 46. - DWS Enhanced Commodity Strategy Fund Instl | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 47. - Eaton Vance Income Fund of Boston Institutional (name change only) | A | Dividend | J | T | | | | | |
| 48. - Goldman Sachs TR FINL Square TREAS INSTRS FD INSTL CL | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 49. - Harbor Capital Appreciation Fund (name change only) | A | Dividend | J | T | | | | | |
| 50. | A | Distribution | | | | | | | |
| 51. - Janus Henderson Funds Flexible BD FD Class I | A | Dividend | | | Sold | 03/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | - Lazard Emerging Markets Portfolio (Instl Cl) (name change only) | A | Dividend | J | T | | | | | |
| 53. | - MFS Value Fund Class I (name change only) | A | Dividend | J | T | | | | | |
| 54. | | A | Distribution | | | | | | | |
| 55. | - MFS Emerging Market Debt Fund Class I (name change only) | A | Dividend | J | T | | | | | |
| 56. | - EuroPacific Growth Fund Class F-2 (name change only) | A | Dividend | J | T | | | | | |
| 57. | | A | Distribution | | | | | | | |
| 58. | - Invesco Oppenheimer INTL GRWTH FD CL Y SHS (name change only) | A | Dividend | J | T | | | | | |
| 59. | - Principal Global Real Estate Sec Fund Instl Cl (name change only) | A | Dividend | J | T | | | | | |
| 60. | | A | Distribution | | | | | | | |
| 61. | - Virtis Vontobel Emerging Mkts Opprtnties FD CL I | A | Dividend | J | T | | | | | |
| 62. | | A | Distribution | | | | | | | |
| 63. | - Virtus Ceredex Mid Cap Value Equity Fund CL I (name change only) | A | Dividend | J | T | | | | | |
| 64. | | A | Distribution | | | | | | | |
| 65. | - T Rowe Price Real Estate (name change only) | A | Dividend | J | T | | | | | |
| 66. | | A | Distribution | | | | | | | |
| 67. | - T Rowe Price Mid-Cap Growth (name change only) | A | Dividend | J | T | | | | | |
| 68. | | A | Distribution | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  - T Rowe Price Overseas Stock Fund (name change only) | A | Dividend | J | T | | | | | |
| 70. | A | Distribution | | | | | | | |
| 71.  - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | | | | | |
| 72. | A | Distribution | | | | | | | |
| 73.  Arvest Asset Management: IRA Brokerage Account (H) | | | | | | | | | |
| 74.  - Wells Fargo 100% Treasury Money Market (Y) | | | | | | | | | |
| 75.  - Federated US Treasury Instl Sh (X) | A | Interest | J | T | | | | | |
| 76.  - Edgewood Growth Fund Instl Class | A | Dividend | J | T | | | | | |
| 77. | A | Distribution | | | | | | | |
| 78.  - Washington Mutual Investors Fund Class F-2 (name change only) | A | Dividend | J | T | | | | | |
| 79. | A | Distribution | | | | | | | |
| 80.  - Baird Aggregate Bond Fund Instl Class | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 81.  - Baron Small-Cap Fund Institutional Class (name change only) | A | Distribution | J | T | | | | | |
| 82.  - DWS Enhanced Commodity Strategy Fund Instl | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 83.  - Eaton Vance Income Fund of Boston Institutional (name change only) | A | Dividend | J | T | | | | | |
| 84.  - Goldman Sachs TR FINL Square TREAS INSTRS FD INSTL CL | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 85.  - Harbor Capital Appreciation Fund (name change only) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ford, Mark E.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | | | | | | | |
| 87. - Janus Henderson Funds Flexible BD FD Class I | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 88. - Lazard Emerging Markets Portfolio (Instl Cl) (name change only) | A | Dividend | J | T | | | | | |
| 89. - MFS Value Fund Class I (name change only) | A | Dividend | J | T | | | | | |
| 90. | A | Distribution | | | | | | | |
| 91. - MFS Emerging Market Debt Fund Class I (name change only) | A | Dividend | J | T | | | | | |
| 92. - EuroPacific Growth Fund Class F-2 (name change only) | A | Dividend | J | T | | | | | |
| 93. | A | Distribution | | | | | | | |
| 94. - Invesco Oppenheimer INTL GRWTH FD CL Y SHS (name change only) | A | Dividend | J | T | | | | | |
| 95. - Principal Global Real Estate Sec Fund Instl Cl (name change only) | A | Dividend | J | T | | | | | |
| 96. | A | Distribution | | | | | | | |
| 97. - Virtis Vontobel Emerging Mkts Opprtnties FD CL I | A | Dividend | J | T | | | | | |
| 98. | A | Distribution | | | | | | | |
| 99. - Virtus Ceredex Mid Cap Value Equity Fund CL I (name change only) | A | Dividend | J | T | | | | | |
| 100. | A | Distribution | | | | | | | |
| 101. - T Rowe Price Real Estate (name change only) | A | Dividend | J | T | | | | | |
| 102. | A | Distribution | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ford, Mark E.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - T Rowe Price Mid-Cap Growth (name change only) | A | Dividend | J | T | | | | | |
| 104. | A | Distribution | | | | | | | |
| 105. - T Rowe Price Overseas Stock Fund (name change only) | A | Dividend | J | T | | | | | |
| 106. | A | Distribution | | | | | | | |
| 107. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | | | | | |
| 108. | A | Distribution | | | | | | | |
| 109. Arvest Asset Management: Spousal IRA Brokerage Account (H) | | | | | | | | | |
| 110. - WF Treasury Money Market | A | Dividend | | | Sold | 05/06/19 | K | A | |
| 111. - Federated US Treasury Instl SH | A | Dividend | K | T | Buy | 05/06/19 | K | | |
| 112. | A | Distribution | | | | | | | |
| 113. American Funds Brokerage Account (H) | | | | | | | | | |
| 114. - The New Economy Fund - A Fund # 14 | A | Dividend | J | T | | | | | |
| 115. - Washington Mutual Investors Fund - A Fund # 1 | A | Dividend | J | T | | | | | |
| 116. Northwestern Mutual Life: Extraordinary Life Policy | B | Dividend | K | T | | | | | |
| 117. Northwestern Mutual Life: Whole Life Policy | A | Dividend | J | T | | | | | |
| 118. Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 119. Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ford, Mark E.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 121. Northwestern Mutual Life: 65 Life | A | Dividend | J | T | | | | | |
| 122. Northwestern Mutual Life: Paid Up Life | A | Dividend | J | T | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ford, Mark E.** | 04/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Numerous assets are held with Arvest Asset Management in four holding accounts, a JT TEN Fundsource Brokerage Account, a SEP IRA Brokerage Account, an IRA Brokerage Account, and a Spousal IRA Brokerage Account. These accounts and their component assets are all listed in Part VII. Beginning in May, 2019, the format of the periodic statements received for these accounts changed, and the names of some of the component assets in each account are now shown slightly differently in the new statement format. To reflect this, the current names shown for the component assets in each account are listed, and those names that changed slightly under the new statement format are denoted with the parenthetical notation "name change only."

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/27/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark E. Ford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544